# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF

v.                          No. 3:25-cr-11-DPM

JOSEPH HEFNER                               DEFENDANT

## ORDER

Motion to dismiss, *Doc. 18*, granted.  The Indictment against Joseph Hefner is dismissed without prejudice.

So Ordered.

*NPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

*11 April 2025*